Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED 16 APR '26 10:39 USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of OREGON

PORTLAND Division

Case No. **3:26-cv-00750 -JR**

*(to be filled in by the Clerk's Office)*

| JOHN OLIVER RICE | ) |
|---|---|

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Oregon Department of Corrections Theriputic Level
of Care

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOHN OLIVER RICE |
| All other names by which you have been known: | |
| ID Number | 10517358 |
| Current Institution | DEER RIDGE CORRTIONAL INTSITTION |
| Address | 3920 E ASHWOOD RD |
| | MADRAS      OR      97741 |
| | *City*      *State*      *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | OREGIN DEPARTMENT of CORRECTIONS |
| Job or Title *(if known)* | THERIPUTIC LEVAL of CARE |
| Shield Number | |
| Employer | STATE of OREGON |
| Address | 3723 Fairview Indurtial Dr. SE Suite 200 |
| | Salem      OR      97306 |
| | *City*      *State*      *Zip Code* |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*      *State*      *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12 16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8TH AMENDMENT-CONDITION OF CONFINEMENT, ORS 423.020 1 D

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Prison officials must provide inmates with system of ready access to adequate medical care and denial of medical care, whether intentionally or through deliberate indifference, is cruel and unusual punishment. U.S.C.A. Const.Amend. 8. Capps v. Atiyeh, 1982, 559 F.Supp. 894. Prisons Key Number Symbol 190; Sentencing And Punishment Key Number Symbol 1546
Prisoners must be able to make their medical problems known to medical staff, medical staff must be competent to examine inmates and to diagnose their illnesses, and staff must be able to treat inmates' medical problems or to refer inmates to outside medical sources who can. U.S.C.A. Const.Amend. 8. Capps v. Atiyeh, 1982, 559 F.Supp. 894. Prisons Key Number Symbol 190
To show that state failed in its obligation to provide prisoners adequate medical care, inmates must demonstrate pattern of suffering sufficient to raise presumption that prison administrators have, through their programs and procedures, created environment in which negligence is unacceptably likely. U.S.C.A. Const.Amend. 8. Capps v. Atiyeh, 1982, 559 F.Supp. 894. Prisons Key Number Symbol 190
A medical condition is serious, as element of habeas claim alleging that denial of proper treatment constitutes cruel and unusual punishment, when, if untreated, it would have a significant adverse effect on an inmate's daily activities, resulting in substantial and recurring pain or discomfort, or would create a significant risk of permanent disability or death. Durham v. Laney (2020) 471 P.3d 818, 305 Or.App. 558. Sentencing and Punishment Key Number Symbol 1546

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

☒     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

DEER RIDGE CORRECTIONAL INSTUTUION 3920 ASHWOOD RD MADRAS OREGON 97741, BEGINNING 05/2025 TO CURRENT- ONGOING

C.  What date and approximate time did the events giving rise to your claim(s) occur?

10/03/2024 11:00 AM

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS DENIED MEDICAL CARE FOR CRONIC MEDICAL CONDITIONS

THERIPUTIC LEVEL of CARE (TLC) DENIED MEDICAL CARE,

ODOC DOES NOT HAVE A DIEBITIC MEAL PLAN THAT PROVIDE PROPER NUTRITION

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Denied treatment for arthritis, and caluses on both greater toes. I was not allowed to provide my own shoes form an outside source.
Denied treatment for Testostrone, causeing poor body composituin and weight gain.
Denied treatment for my high
glucose (blood sugars)
Denied GLP1 to help with weight, fatty liver and high blood preasure, and high glucose levels
Denied treatment for Back, hip, knee, leg and foot pain.

Do to the denial of treatment for my feet, I have been in pain at all times. It has severly affected my abality to walk without pain. with the foot,leg, knee, hip and back pain I find it difficult to preform everyday task. This contributes to my high glucose numbers that were allowed to be at dangerous levels for an extinted period, My over all health has deteriated over the last year.

I have continued to seek treatment for my medical condition through the kyte, and grievence process. They have denied all treatment even after logging the complaint, noteing in my chart the condition and the pain that inhibits my daily life..

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I'm requesting money damages in the amout of 20,000.000.00. I have been in pain and continue to be in pain. I will need theriputic care for the rest of my life to recover form the lack of care. I will not be able to return to work and have no way of support. I can not stand for longer than 20 min. or lift more than 20 pounds. I have asked several times for a Diabtic meal plan. It has been denied many times. The conditions of my confinement have damaged my phyiscal, mental health

Pro Se 14 (Rev. 12 16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

DEER RIDGE CORRECTIONAL INSTUTUTION 3920 ASHWOOD RD MADRAS OREGON 97741

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

DRCM 2025-05-018, DRCM 2025-05-086, DRCM 2025-06-063 DRCM 2025-07-056---2025-07-060, DRCM 2025-08-048, DRCM 2025-08-088, DRCM 2025-10-072, DRCM 2025-10-076, DRCM 2025-11-052, DRCM 2025-11-053, DRCM 2025-12-027, DRCM 2026-02-015, DRCM 2026-03-028

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

2.    What did you claim in your grievance?

3.    What was the result, if any?

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

        N/A

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        Dr, Frank, nueseing staff at Snake River Corretional Inst.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

      PLEASE CONTACT OREGON DEPARTMENT OF CORRECTIONS-DEER RDGE CORRECTIONAL INST. GRIEVANCE DEARTMENT

      *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/1/2026

Signature of Plaintiff

Printed Name of Plaintiff    JOHN OLIVER RICE

Prison Identification #    10517358

Prison Address    3920 E ASHWOOD RD

MADRAS                    OR          97741
　　　　　　　　　　　City　　　　　　State　　　Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

　　　　　　　　　　　City　　　　　　State　　　Zip Code

Telephone Number

E-mail Address

## CERTIFICATE OF SERVICE

**CASE NAME: JOHN OLIVER RICE** v. Oregon Department of Corrections - THERIPUTIC LEVEL OF CARE

**CASE NUMBER:** (if known) _____

COMES NOW, JOHN OLIVER RICE, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at DEER RIDGE CORRCTIONAL INSTUTUION 3920 E ASHWOOD RD MADAS, OREGON 97741

That on the 1   day of APRIL_____,2026   , I personally placed in the

Correctional Institution's mailing service A TRUE COPY of the following:

Complaint for violation of civil rights, Application to proceed in forma pauperis, Application for pro bono, Motion for appointment of counsel , A/C 6 month Statement.

_____

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

DISTRICT OF OREGON-MARK O HATFIELD U.S. COURTHOUSRE 1000 SW 3RD AVE RM 401 PORTLAND OREGON 97204

(Signature)

Print Name JOHN OLIVER RICE
S.I.D. No.: 10517358
DEER RIDGE CORRECTIONAL INST.
3920 ASHWOOD RD
MADRAS, OREGON 97741

NEOPOST
04/02/2026
US POSTAGE $003.28⁰
FIRST-CLASS MAIL

ZIP 97741
041M11468314

Institution DREI
Name John O. Rice
SID 1051735?
Address 3920 E Ashwood Rd
City Madras Oregon Zip 97741

District of Oregon
Mark O Hatfield U.S. Courthouse
1000 SW 3rd Ave Room 401
Portland, OR. 97204

LEGAL MAIL

Postage Paid